AO 442 (Rev. 01/09) Arrest Warrant

10939649

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
9 2019
CLERK, U.S. [...]
ALEXANDRIA, VIRGINIA

Under Seal

| United States of America | ) |
|---|---|
| v. | ) |
| TONY MINH LE | ) Case No. 1:19-CR-57 |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* TONY MINH LE ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Distribute Controlled Substances., Schedules I, II and IV Controlled Substances, in violation of Title 21 United States Code, Section 846

Date: August 29, 2019

_Paulina A. Miller_
Issuing officer's signature

City and state: Alexandria, Virginia

PAULINA A. MILLER, Deputy Clerk
Printed name and title

### Return

This warrant was received on *(date)* 08/29/2019 , and the person was arrested on *(date)* 11/19/2019
at *(city and state)* ALEXANDRIA, VA .

Date: 11/19/2019

Arresting officer's signature

RUFENER, D.   DUSM
Printed name and title