

**ALEXANDRIA SHERIFF'S OFFICE**

**COVID-19 CORONAVIRUS PROTOCOLS**

**UPDATED APRIL 20, 2020**

**STATEMENT OF PURPOSE**

The purpose of these temporary policy and procedure modifications is to reduce the spread of the COVID-19 Coronavirus amongst staff, inmates, and the public.  They will remain in effect until otherwise directed by the Sheriff.

**INDEX**

I.  **POLICY**

II.  **DEFINITIONS**

III.  **PSC COVID-19 SCREENING FOR STAFF AND PUBLIC**

    A.  Screening procedures for general public entering PSC
    B.  Screening procedures for staff and non-staff entering the WGTADC
    C.  Screening procedures for all employees entering the PSC

IV.  **COURTHOUSE COVID-19 PROTOCOLS**

    A.  Screening procedures for general public at the courthouse
    B.  Attorney client meeting procedures
    C.  Staff procedures

V.  **WGTADC COVID-19 PROTOCOLS**

    A.  Restrictions and temporary protocols
    B.  Booking/Intake protocols
    C.  Booking/Intake protocols for PUI DUI alcohol related arrests
    D.  Medical follow up for a PUI inmate
    E.  Protocols for managing symptomatic PUI inmates in IRC and 1X housing units
    F.  Protocols for managing non-symptomatic PUI inmates in IRC, 2E, and 2F housing units
    G.  Protocols for managing former PUI inmates
    H.  Protocols for an inmate with presumptive COVID-19 diagnosis
    I.  Transportation of all inmates

      J.  Release of PUI inmate from the WGTADC
      K.  Warrant Service at WGTADC
      L.  Classification Counselor Unit
      M.  ACJS

**VI.   HOSPITAL TRANSPORTS AND DETAILS**

      A.  Hospital transports and details for inmates
      B.  Hospital details for arrestees committed at the hospital

**VII.   ACJS AND ALTERNATIVE PROGRAMS**

      A.  Intermittent, weekend reporting, and advanced commitments
      B.  ACJS pretrial and local probation

**VIII.   WGTADC AND PSC COVID-19 CLEANING PROTOCOL**

      A.  WGTADC cleaning protocols (2001 mill road)
      B.  PSC cleaning protocols (2003 mill road)

**IX.   GENERAL INFORMATION**

      A.  Staff training
      B.  Public notification
      C.  Deliveries to PSC
      D.  Employee sick leave

## I.   **POLICY**

This written order will be considered the policy of the Alexandria Sheriff's Office during the COVID-19 Coronavirus pandemic.  This order provides direction to staff on how to reduce the spread of the virus within the William G. Truesdale Adult Detention Center (WGTADC), the Public Safety Center (PSC) and the Alexandria Courthouse with enhanced screening and cleaning measures.

The protocols outlined in this order will dictate how staff within the William G. Truesdale Adult Detention Center, the Public Safety Center, and Alexandria Courthouse will respond to an individual(s) that have been exposed to and/or is currently infected with the COVID-19 Coronavirus.

## II.   **DEFINITIONS**

A. COVID-19 Coronavirus – per the Virginia Department of Health, is an infectious respiratory disease caused by a new (novel) coronavirus that initially emerged in Wuhan Provence, China in December of 2019.  The illness has ranged from mild symptoms to severe illness and death for confirmed COVID-19 cases. Most patients with confirmed COVID-19 have developed fever (subjective or confirmed) and/or symptoms of acute respiratory illness (e.g., cough, difficulty breathing). There have also been reports of asymptomatic infection with COVID-19.

B. Public Safety Center (PSC) - The building and grounds that house the Alexandria Sheriff's Administrative Offices, the William G. Truesdale Adult Detention Center (WGTADC), and the Alexandria magistrate's office.  The building and grounds are located at 2001 and 2003 Mill Road Alexandria, VA 22314.

C. Courthouse – Located at 520 King Street Alexandria, Virginia and houses the Circuit, General District, and Juvenile & Domestic Relations Courts for the City of Alexandria, the Clerk of the Court, and Alexandria Court Services Unit.

D. ASO Screening Questionnaires for COVID-19 Coronavirus – A questionnaire that ASO staff will use to help determine if an arrestee, inmate, staff member, or member of the public has been exposed to or is possibly infected with the COVID-19 Coronavirus.

E. Person Under Investigation (PUI) – A person under investigation is an individual that has been or potentially exposed to or is possibly infected with the COVID-19 Coronavirus. Due to the high number of COVID-19 Coronavirus cases in the national capital region, any non-staff member or new arrestee entering the PSC and/or WGTADC will be treated as a PUI.

3

Anyone entering the Courthouse who answers "yes" to any questions on the ASO Courthouse Screening Questionnaire will be considered a PUI.

**III.**   **PSC COVID-19 SCREENING FOR STAFF AND PUBLIC**

A.  Screening procedures for general public entering the PSC

   i.  Staff will determine the purpose of each person's visit by communicating via the intercom system.  If the visit is not for an essential function operating within the PSC, the person will be denied entry.  Staff will consult with the watch commander, if needed, to determine what are essentials functions within the PSC.

   ii.  Staff will observe each person for symptoms of COVID-19 Coronavirus.  If they feel a person is symptomatic, they will:

     1.  Order the person to exit the front screening post and wait for further communication from staff via the intercom system.

     2.  Staff will contact the watch commander and advise them of the situation.

     3.  The watch commander will determine if the person will be denied entry into the PSC.

     4.  If the watch commander allows a symptomatic person into the PSC, (i.e. they are requesting an EPO from the magistrate etc.) they will:

       a.  Provide the person a surgical mask and gloves.  If the person is a sworn law enforcement officer, please ask them to use their issued PPE.  If they do not have any, provide them a surgical mask and gloves.

       b.  A deputy will escort them in full PPE to their predetermined location, wait until their business is completed, and ensure they are escorted out by the deputy. The deputy will ensure the individual does not unnecessarily touch anything and takes direct routes.

   iii.  If a person does not appear to be symptomatic, they will:

     1.  Ensure the most updated ASO COVID-19 Coronavirus PSC screening form questions are answered by the person.

     2.  Ensure the person completes a non-invasive body temperature test and record the results.

3. Staff will contact the watch commander, advise them of the persons answers to the screening form questions, their body temperature, and the purpose of their visit.

4. The watch commander will determine if the person will be denied or allowed entry into the PSC.

5. If the watch commander allows the person into the PSC, (i.e. they are requesting an EPO from the magistrate etc.) they will:

   a. Provide the person a surgical mask and gloves. If the person is a sworn law enforcement officer, please ask them to use their issued PPE. If they do not have any, provide them a surgical mask and gloves.

   b. A deputy will escort them in full PPE to their predetermined location, wait until their business is completed unless their business involves another staff member, and ensure they are escorted out either by a staff member or deputy. The deputy/staff member will ensure the individual does not unnecessarily touch anything and takes direct routes.

B. Screening procedures for staff and non-staff entering the WGTADC

   i. Staff will only allow persons into the WGTADC that are essential to jail operations. Staff can consult with the watch commander, if needed, to determine what essential jail operations are.

   ii. All persons (staff and non-staff) entering the WGTADC who were not screened at the front gate will follow these protocols:

      1. Wash their hands by utilizing a restroom in the PSC before entering the WGTADC.

      2. Receive a non-invasive body temperature test to ensure their body temperature is not above 99 degrees. If it is above 99 degrees:

         a. They will receive and don a surgical mask and non-latex gloves, exit Control 1, have a seat on the benches, and wait for further communication via the intercom system.

         b. If a staff members temperature is at or above 99

5

degrees contact medical to respond and take their temperature with an under the tongue thermometer. Provide the watch commander with the results.

c. Staff will contact the watch commander and advise them of the situation.

d. The watch commander will determine if they will be denied entry into the WGTADC.

3. All staff and non-staff are required to wear a mask when entering the ADC and while inside of the ADC.  We will provide masks as needed to staff and non-staff members. Please review this policy to determine what type of masks staff and non-staff are required to wear while inside of the ADC.

C.  Screening procedures for all employees entering the PSC

   i.  All employees must do the following before arriving at work:

   1. Take their temperature to ensure it is not above 99 degrees. If your temperature is above 99 degrees, you will remain at home and contact your immediate supervisor.

   2. Regularly review the ASO COVID-19 Employee Screening form.  If you answer "yes" to any questions, please consult with your supervisor for further guidance.

IV.   **COURTHOUSE COVID-19 PROTOCOLS**

A.  Screening procedures for general public at the courthouse

   i.  The front screening posts deputies will:

   1. Ask every person entering the courthouse the purpose for their visit.  If their visit is for a non-essential purpose, entry will be denied.

   2. If their visit is for an essential purpose, the deputy will ask them the questions listed on the most updated ASO Courthouse COVID-19 Coronavirus screening form.  If the person answers "yes" to any of the questions the person will be directed to remain outside of the courthouse and a supervisor will be consulted for further guidance.

   3. Every person entering the courthouse will have their

6

temperatures taken with a no-touch thermometer by
activating the thermometer approximately one inch in front of
the person's forehead.  If a person's temperature reads
above 100 degrees Fahrenheit, access into the courthouse
will be denied.

4. Any disputes about entry into the courthouse will be decided
by the chief judge of the various courts.

B. Attorney client meeting procedures

i. All attorney client meetings at the courthouse will be done behind
glass in the inmate holding area.

C. Staff Procedures

i. Regularly review the ASO COVID-19 Employee Screening form.  If
you answer "yes" to any questions, please consult with your
supervisor for further guidance.

ii. At the start of their shift, staff will receive a non-invasive body
temperature test to ensure their body temperature is not above 99
degrees.  If it is above 99 degrees:

1. A "Tempadot" test will be taken by the employee.  If it still
reads over 99 degrees, the employee will be sent home and
their supervisor will provide them further instructions.

iii. All staff at the Courthouse will wear a N95 mask and gloves during
their work hours.

V. **WGTADC COVID-19 PROTOCOLS**

A. Restrictions and temporary protocols:

i. All inmates are issued a cloth mask and must don the mask when
out of their cells or traveling throughout the facility.

ii. All staff and non-staff must wear a mask inside of the ADC.  Staff
and non-staff who have direct inmate contact must wear a N95
mask.  All staff and non-staff who do not have direct inmate contact
can wear a cloth mask or surgical mask.

iii. All individuals (staff and non-staff) providing and receiving any
items to and from inmates will wear non-latex gloves provided by
ASO.

iv. All inmates' body temperatures will be taken daily with a no-touch thermometer by pointing and activating the thermometer approximately one inch in front of the individual's forehead.  Any inmate with a temperature at or above 99 degrees will be reported to medical staff and the watch commander immediately.

v. All tours of the ADC are cancelled.

vi. All contact visits at the ADC are cancelled until further notice. Professional visits will be conducted by video conferencing in Interview room 4.  Any requests for in-person visits can only be approved by the Chief of Security.

vii. All external programs involving non ASO staff or contractors will be cancelled until further notice.  All internal programs involving ASO staff will continue.  Any exceptions will be communicated via a written directive from a Chief Deputy or higher.

viii. All inmate moves and reclassifications will be made on an as needed basis with approval of the watch commander.

ix. All social visitation is cancelled, and inmates will receive an hour of free phone time per week.

x. All visits to the Law library are cancelled. Law library staff will have requested legal information sent to inmates in the housing units.

xi. All inmates will be reminded to wash their hands frequently throughout the day for at least 20 seconds with newly purchased soap.

xii. Suspension of all weekender inmates.

xiii. Suspension of the work release program. If modified work release participants report to the Visitor's Center, they will communicate with staff via the intercom system, and they will not be permitted on the PSC grounds.

B. Booking/Intake protocols

i. All new arrestees will be screened by the arresting officer prior to transport to the WGTADC by completing the most updated ASO Arrestee Intake and Transfer Screening Questionnaire for COVID-19 Coronavirus.  The form must be completed before the arresting officer will be allowed into the sally port.  The arresting officers will also complete the ASO Sworn LEO COVID-19 screening form prior to entering the sally port. The forms are available outside of the sally port in clear plastic containers.

ii. All arrestees will be considered as a Person Under Investigation (PUI) and the following protocols will be followed:

1. The Control 1 deputy will not allow the arresting officer into the sally port until it is clear of other staff and non-staff.

2. The Control 1 deputy will ask the officer to don a mask and latex gloves.  If they do not have either, they will be provided to them.

3. Upon their arrival they will remain in the sally port.  The Control 1 deputy will advise them to remain in their vehicle and wait for staff.  The Control 1 deputy will immediately notify the watch commander.

4. A nurse and a pre-designated deputy will come out to the vehicle and conduct the initial assessment/questioning with the arrestee wearing the following personal protective equipment (PPE):

   a. Goggles and/or protective face mask
   b. N95 mask
   c. Disposable medical gown
   d. Two pairs of disposable non-latex gloves.

5. If the arrestee is combative, two SERT deputies wearing their gas masks with a surgical mask on top of the respirator, full protective suit, and two pairs of non-latex gloves, will respond to the sally port with medical staff.

6. After the initial assessment, if the arrestee is medically cleared the following will occur:

   a. The deputy will conduct an initial search of the arrestee consistent with G.O. OPS-01 Search of Persons.

   b. All property removed from the arrestee will inventoried and placed into a property bag and the bag will be sealed.

   c. The deputy will contact the magistrate via the telephone in the sally port by calling 703-746-4515 and notify them of the PUI arrestee.

   d. A probable cause and commitment hearing will be conducted with the magistrate by video conferencing

9

via the iPad located in the sally port.  If the iPad is not working the hearings will be conducted in the search area sally port area between doors 5, 6, and 7.

    i.  If the arrestee is combative, they will remain in the cruiser for the hearing.  If the iPad is not working the magistrate will come into the sally port wearing the appropriate PPE.

e.  If the arrestee is not committed, they will be booked in and fingerprinted inside of the sally port.  The arrestee does not need to sign the fingerprint card.  The booking deputy will write "no signature COVID-19" in the arrestee signature section.

f.  The arrestee will not be permitted to come inside of the ADC.  Before the individual is released, medical staff will contact the Alexandria Health Department if they determine it is necessary.

g.  Upon the arrestee's release, they will be provided their property once they have been escorted off the PSC grounds.

h.  All ASO staff, medical staff, and magistrates will remove disposable PPE items inside of the sally port, place them in a bio-hazard bag, and place the bag inside of the bio-hazard box located inside of the sally port.

i.  The sally port will be cleaned before any new arrestees, staff, non-staff is allowed into that area.

j.  If the arrestee is committed the following will occur:

    i.  The inmate will don a surgical mask and non-latex gloves.

    ii.  There will be zero movement called before they enter.

    iii.  Once inside, the one pre-designated deputy or SERT deputies will:

        1.  If the arrestee is non-symptomatic, they will be moved, in the most direct route possible, to I5 to be changed over. Once the changeover is complete, the

arrestee will be moved to a single non-negative pressure cell in IRC.  If no IRC cells are available, they will be moved to 2E or 2F unless the following occurs:

a. The watch commander determines with the assistance of mental health and medical staff, if available, that the new arrestee is suffering from mental health or behavioral issues or narcotic/alcohol withdrawals, the new arrestee will be housed in IRC.  The watch commander will make all necessary inmate moves for this to occur.

2. If the arrestee is symptomatic, they will be placed into a negative pressure cell immediately.  If a negative pressure cell is not available, they will be moved to 1X.

iv. The deputy(s) who escorted the inmate will then remove their disposable PPE inside of the sally port or I5, which ever location is closer, and place it inside of a bio-hazard bag, then into a bio-hazard box.

v. The inmate's property will be secured inside of the sally port in a locker and not brought into the ADC under any circumstances.  Smaller items should be stored in the gun lockers. Any non-essential items should be retained by the arresting officer.

vi. When the inmate is changed into jail clothing, their clothing will be immediately placed into a wash-away bag.  The bag will immediately be put into the washing machine in I5. All clean clothes should be inventoried and placed in a property bag and stored as usual.

7. Any legal paperwork generated as a result of the arrest/booking procedures for a PUI arrestee will be executed by staff not in the sally port if approved by the on-duty magistrate (i.e. warrants, protective orders, etc.)  No paperwork introduced to the sally port should come back into

11

the ADC.

C.  Booking/Intake protocols for a PUI DUI alcohol related arrest

    i.  All procedures outlined in section V subsection B of this policy will be adhered to along with the following instructions:

        1.  If the PUI DUI arrestee is non-symptomatic and cleared medically, the arresting officer will be permitted to conduct an Intoxilyzer test while wearing the proper PPE.  The PUI arrestee will wear gloves and a surgical mask.

        2.  When the Intoxilyzer test is completed the arresting officer and PUI DUI arrestee will exit back into the sally port and the procedures outlined in section V subsection B will be followed.

        3.  If the PUI DUI arrestee is obviously symptomatic the Intoxilyzer test will not occur to ensure the arresting officer and staff do not experience prolonged exposure to a symptomatic PUI arrestee.

        4.  The arresting officer or medics can take the arrestee to the hospital for a blood draw, if the arresting officer chooses to do so.

D.  Medical follow up for a PUI inmate

    i.  The PUI will undergo a full medical assessment by the medical staff.  Medical staff will inform the watch commander of any changes in the inmate's health.

    ii.  If the doctor, in consultation with Alexandria Department of Public Health, makes the determination that the inmate is no longer considered a PUI, they will notify the watch commander.

    iii.  The inmate will then be classified and moved according to current policies and procedures.

    iv.  Negative pressure cells and cells in 1X are to be decontaminated using the electrostatic sprayer with proper chemicals immediately after the inmate is re-housed and prior to another inmate occupying the negative pressure cells or 1X cells.  If the cell contains other biohazard items such as but not limited to feces, blood, or urine the Chief Deputy of Security and the Chief Deputy of Support Services will be consulted prior to cell cleaning.

E.  Protocols for managing symptomatic PUI inmates in IRC and 1X

    i.   1X will have 15-minute checks.

    ii.   Inmates will remain in their cells while they are symptomatic.

    iii.   Inmates will be monitored by medical staff regularly.

    iv.   Inmates will be provided with items to maintain their hygiene and cleaning supplies to clean their cell.

    v.   Inmates will not be interviewed by classification until they are non-symptomatic.

    vi.   Inmates will be permitted to use the roll away phone for 30 minutes once every other day.

    vii.   Inmates will have access to canteen.

    viii.   Inmates clothing will be washed in a wash away bag only.

    ix.   Deputies assigned to 1X will wear the following PPE when entering the unit and transporting an inmate to and from the unit:

        1.  Goggles or face shield
        2.  N95 mask
        3.  Disposable medical gown
        4.  Two pairs of non-latex gloves

    x.   Deputies assigned to IRC will wear the following PPE when conducting rounds, meal service, and inmate transports:

        1.  Goggles or face shield
        2.  N95 mask
        3.  Disposable medical gown
        4.  Two pairs of non-latex gloves

    xi.   Deputies will dispose or maintain their PPE in the following manner:

        1.  Goggles or face shields:

            a.  Will be used for the duration of the shift.

            b.  They will be disinfected immediately with wipes if a deputy has direct physical contact with an inmate.

            c.  They will be disposed of and replaced if they are soiled with any type of bodily fluid.

    d.  They can be disinfected as many times as needed by the deputy during their shift.

    e.  If they are damaged during the shift, they will be disposed of and replaced.

    f.  Goggles will not be disposed of at the end of the shift. They will be disinfected and ready for future use.

    g.  Face shields will be disposed of at the end of the shift.

2.  N95 mask:

    a.  Will be used for the duration of the shift.

    b.  They will be disposed of and replaced if they are soiled with any type of bodily fluid.

    c.  If they are damaged during the shift, they will be disposed of and replaced.

    d.  If not being donned, they will be placed in a paper bag maintained by the deputy.

    e.  The masks can be used again after 72 hours has passed.

3.  Disposable medical gown

    a.  Will be used for the duration of the shift.

    b.  They will be disposed of and replaced if they are soiled with any type of bodily fluid.

    c.  If they are damaged during the shift, they will be disposed of and replaced.

    d.  They will be disposed of at the end of the shift.

4.  Non-Latex Gloves

    a.  The deputy will be provided with 20 pairs of gloves per shift.

    b.  Gloves will be changed out when needed to prevent cross contamination of items outside of the housing unit.

   c.  Gloves will always be worn when donning and
       removing PPE.

   xii.  All disposed of PPE will be placed in a biohazard bag and the bag
         will be placed in the nearest biohazard box.

   xiii.  The location where the PPE is removed will be decontaminated
          when practical and necessary using the electrostatic sprayer with
          proper chemicals.

   xiv.  All inmate meals will be served in disposable trays. The meal cart
         will be placed outside the unit. A deputy will retrieve the cart and
         distribute the meals wearing PPE.

   xv.  The deputy will place the trays in a bio-hazard bag for proper
        disposal.

   xvi.  All bio-hazard bags will be taken to the nearest bio-hazard box.

   xvii.  The cart will be sanitized using industrial strength sanitizer wipes.

   xviii.  Movement will be restricted in and out of 1X.

   xix.  The management of the inmates in ICR and 1X will be monitored at
         least every 12 hours by the Director of Inmate Services and the
         Security Division captains.

   xx.  Inmates who have spent 15 days in IRC or 1X and are no longer
        symptomatic will be moved to 1EF (male) 1A (female) after medical
        clearance, consultation with the health department, and approval
        from classification and the watch commander.

F.  Protocols for managing non-symptomatic PUI inmates in IRC, 2E, and 2F
    housing units.

   i.  2E and 2F housing units will have 15-minute checks.

   ii.  When out of their cells, the inmates must wear their issued cloth
        mask and non-latex gloves.

   iii.  All non-symptomatic PUI's must be interviewed by classification
         (except those exhibiting symptoms) via the attorney client phone in
         2E and 2F.  The phone will be immediately disinfected after use.
         Inmates in IRC will be interviewed in Interview Room 1 via video
         conferencing.

   iv.  Inmates will be permitted to use the telephone and shower once

every other day.  They will be allowed to use the phone for 30 minutes either after or before they shower.  They will wear gloves when using the phone.  The telephone and shower will be immediately disinfected after each use.

v.    Inmates will be provided access to their attorneys via the attorney client phone and/or video visitation.

vi.   Inmates clothing will be washed as scheduled or as needed.

vii.  Inmates will be given cleaning supplies to clean their cells.

viii. Inmates will have access to canteen

ix.   Deputies assigned to 2E and 2F will wear the following PPE when entering the unit and transporting an inmate to and from the unit:

1.  Goggles or face shield
2.  N95 mask
3.  Disposable medical gown
4.  A pair of non-latex gloves

x.    Deputies assigned to IRC will wear the following PPE when conducting rounds, meal service, and inmate transports:

1.  Goggles or face shield
2.  N95 mask
3.  Disposable medical gown
4.  A pair of non-latex gloves

xi.   Deputies will dispose or maintain their PPE in the same manner as outlined in Section V subsection E(xi) of this policy.

xii.  All disposed of PPE will be placed in a biohazard bag and the bag will be placed in the nearest biohazard box.

xiii. The location where the PPE is removed will be decontaminated when practical and necessary using the electrostatic sprayer with proper chemicals.

xiv.  All inmate meals will be served in disposable trays. The meal cart will be placed outside the unit. A deputy will retrieve the cart and distribute the meals wearing PPE.

xv.   The deputy will place the trays in a bio-hazard bag for proper disposal.

xvi.  All bio-hazard bags will be taken to the nearest bio-hazard box.

xvii.   The cart will be sanitized using industrial strength sanitizer wipes.

xviii.   Movement will be restricted in and out of the unit.

xix.   The management of the inmates in ICR, 2E and 2F will be monitored at least every 12 hours by the Director of Inmate Services and the Security Division captains.

xx.   Inmates who have spent 15 days in IRC, 2E, or 2F and are non-symptomatic will be moved to 1EF (male) 1A (female) after medical clearance and approval from classification and the watch commander.

G.  Protocols for managing former PUI inmates

i.   All new inmates no longer considered PUI will be housed in 1EF (male), and 1A (female) for 15 days, after their initial 15 days of monitoring in IRC, 1X, 2E, or 2F.

ii.   A deputy will be inside of the 1EF housing unit twenty-four hours a day providing direct and constant supervision of the inmates. 1A will be supervised as current policy dictates.

iii.   These inmates will not be rehoused to general population until they receive final medical clearance.

iv.   The management of the inmates in the 1EF unit, and 1A unit will be monitored at least every 12 hours by the Director of Inmate Services and the Security Division captains.

v.   Any further modifications to the 1EF and 1A units will only be approved by the Chief of Security.

H.  Protocols for an inmate with presumptive COVID-19 diagnosis

i.   The watch commander will be notified immediately.

ii.   Medical staff is to be notified immediately of the PUI inmate and will arrange to have all inmates in this unit screened for possible exposure.

iii.   Any deputy(s) assigned to the housing unit in which the PUI inmate was discovered will:

1.  Be relieved of duty by the watch commander.

2.  They will don their N95 mask, gloves, and leave the PSC.

17

3. The deputy will then contact the HR director for further guidance.

iv. The inmate will remain in their cell for 14 days in isolation.  If they have a cellmate, the cellmate will move to a single cell within the same housing unit.

v. The housing unit in which the inmate is in will be locked down and placed in a quarantine status for 14 days.

vi. If any inmates in the housing unit leave their cell, they will have a surgical/cloth mask and non-latex gloves on.

vii. Deputies assigned to that unit will don the following PPE for the duration of their shift:

1. Goggles and or a protective face shield
2. N95 mask
3. Disposable medical gown or disposal Tyvek suit
4. Two pairs of non-latex gloves

viii. The watch commander will arrange the decontamination of the unit and items that leave the unit.

ix. The watch commander will immediately notify their division commander.

x. All meals will be served in Styrofoam trays during the 14-day quarantine.

xi. The watch commander and medical staff will then contact the Alexandria Health Department 24/7 emergency number to determine if any other actions need to be taken.

xii. The Director of Inmate Services and Security Division Commanders will monitor this unit at least every 12 hours for staff and inmate wellbeing.

I. Transportation of all inmates

i. All transports of all inmates (PUI and non-PUI) will be done by sworn non-security and support services staff. This is to reduce the risk of security and support services staff being exposed to COVID-19 and introducing it into the ADC.

ii. Any individual transported from a correctional facility, jail, medical facility, or mental health facility that has any confirmed COVID-19

cases will be treated as a PUI.  To ensure staff is aware of which facilities these are, the following will occur:

1. It is assumed that all medical facilities (hospitals, doctor's offices etc.) and mental health facilities have COVID-19 positive patients.

2. The captains of Security will maintain a list of all correctional facilities or jails in our region with confirmed COVID-19 cases and regularly share this information with staff and Records staff.

3. Records staff will always have an updated list of all correctional facilities or jails in our region with confirmed COVID-19 cases.

4. Records staff will note on any transport orders, court lists, etc. if the inmate is coming from or going to a PUI facility.

iii. When a transport occurs security staff will bring the inmates to the sally port.  The transporting staff will not enter the ADC.

iv. Transportation of PUI inmates will only occur if court ordered.  The inmate will wear a surgical/cloth mask and non-latex gloves.  All deputies involved in the transport will wear PPE.

v. If a symptomatic PUI inmate needs to be transported to the hospital they will be transported by ambulance.  All deputies involved in the transport will wear PPE.

vi. Any Sheriff's Office vehicle used to transport a PUI inmate will be disinfected by wiping down all surfaces with the "Sani-Cloths" germicidal disposable wipes.  The electrostatic sprayer can be used in lieu of wipes to disinfect the caged portion of the vehicle.

vii. If the sally port is occupied with a PUI, and a non-PUI inmate transport arrives at the ADC the following will occur:

1. When a transporting deputy arrives outside of gate 1 with a non-PUI inmate, the Control 1 deputy will instruct the deputy to drive around to gate 13.

2. After the transport vehicle enters gate 13, the gate will be secured.

3. The deputy will secure their firearm, magazines, OC spray, tasers, expandable batons, knives, etc. in the trunk of their vehicle.

4. The deputy will wait with the arrestee outside door 12.

5. Once the deputy arrives at door 12 the officer and arrestee will enter the loading dock area.

6. A search of the inmate consistent with G.O. OPS-01 Search of Persons will be conducted in the loading dock area. (a chair, plastic property bags, and handheld magnetometer have been placed in the loading dock area. If the inmate has any non-criminal contraband items i.e. tobacco products, lighter, and or matches these items will be placed in the designated safe located in the loading dock area.)

7. Once the search is completed, the deputy will walk through door 10 and transport the inmate to their appropriate housing unit.

viii. If the sally port is not occupied with a PUI arrest/transport the arresting or transporting officers will remain in the sally port and medical staff will take the inmates temperature with a no-touch thermometer by pointing and activating the thermometer approximately one inch in front of the individual's forehead.

ix. Inmates will wash their hands in I5 and change into a new jumpsuit before returning to their housing unit.

J. Release of PUI inmate from the WGTADC

i. If a symptomatic PUI inmate makes bond or is scheduled to be released, the watch commander will ensure that medical staff notifies the Alexandria Public Health Department at 571-259-8548 for guidance before releasing them. If the PUI inmate is not symptomatic, the Alexandria Health Department does not need to be contacted.

ii. The watch commander will then ensure that all proper PPE is donned by the inmate and staff during the release process, minimize the inmate's movement, and arrange for all areas the inmate was housed in and traveled to be immediately disinfected.

K. Warrant Service at the WGTADC

i. If an inmate has an active warrant and the ASO warrant unit is not available to serve it, a booking deputy will:

1. Notify the watch commander.

      2. Execute the warrant and follow all proper booking procedures.

      3. Notify APD that a warrant has been served by calling 703-746-4444 and request for an APD officer to contact the executing booking deputy, via the telephone.

      4. The booking deputy will provide the officer with all the information needed so that the officer can complete the police report and all other APD related paperwork.

  ii. When persons arrive at the PSC with an active warrant, ASO staff will:

      1. Notify the watch commander.

      2. Complete an ASO COVID-19 New Arrestee Screening Form and follow all procedures outlined in section V, subsections B and C of this policy.

      3. Contact APD and have them provide ASO staff the warrant.

      4. Execute the warrant and follow all proper booking procedures.

      5. Notify APD that a warrant has been served by calling 703-746-4444 and request for an APD officer to contact the executing booking deputy, via the telephone.

      6. The booking deputy will provide the officer with all the information needed so that they can complete the police report and all other APD related paperwork.

  iii. If an arresting officer arrives within the sally port with an arrestee that has a commitment order ASO staff will:

      1. Follow all procedures outlined in Section V, subsections B or C of this policy.

      2. If the arrestee is medically cleared to come into the facility, ASO staff will take all paperwork from the arresting officer. The arresting officer will not need to come into the ADC.

L.  Classification Counselor Unit

  i. Classifications initial intake interviews may take place over video conferencing software located inside of the ADC at the discretion of the individual classification counselor.

21

       ii.  Classification housing unit visits may take place via the public
visitation booths at the discretion of the individual classification
counselor.

M.  ACJS

       i.  ACJS personnel may conduct interviews via video conferencing
software located inside of the ADC at the discretion of the ACJS
personnel conducting the interviews.

## VI.  HOSPITAL TRANSPORTS AND DETAILS

A.  Hospital transports and details for inmates

       i.  If a hospital transport and detail is needed for a non-PUI inmate
between the hours of 0700 and 1700, the following will occur:

       1.  The watch commander will contact the division commander
of Judicial Services and Special Operations.

       2.  The division commander of Judicial Services and Special
Operations will arrange staffing for the transport and detail
from non-security and non-support services sworn
personnel.

      ii.  If a hospital transport and detail is needed for a non-PUI inmate
between the hours of 1700 and 0700 hours, the following will occur:

       1.  The watch commander will have security staff conduct the
transport as soon as possible.

       2.  The watch commander will contact the division commander
of Judicial Services and Special Operations.

       3.  The division commander of Judicial Services and Special
Operations will immediately arrange staffing by non-security
and non-support services sworn personnel via call-back to
replace the security personnel at the hospital.

     iii.  If a hospital transport and detail is needed for a PUI inmate
between the hours of 0700 and 1700, the following will occur:

       1.  The watch commander will contact the division commander
of Judicial Services and Special Operations.

       2.  The division commander of Judicial Services and Special

Operations will arrange staffing for the transport and detail from non-security and non-support services sworn personnel.

3. If the inmate is symptomatic, medics will conduct the transport.

4. If the inmate is non-symptomatic, the staff conducting the transport will follow the guidance outlined in section V, subsection I of this policy.

iv. If a hospital transport and detail is needed for a PUI inmate between the hours of 1700 and 0700 hours, the following will occur:

1. The watch commander will have security staff conduct the transport as soon as possible if the inmate is non-symptomatic following the guidance outlined in section V, subsection I of this policy.

2. If the inmate is symptomatic, medics will conduct the transport.

3. The watch commander will contact the division commander of Judicial Services and Special Operations.

4. The division commander of Judicial Services and Special Operations will immediately arrange staffing by non-security and non-support services sworn personnel via call back to replace the security personnel at the hospital.

B. Hospital details for arrestees committed at the hospital

i. If an arresting officer has an arrestee at the hospital and they receive a commitment order from the magistrate, the following will occur:

1. The arresting officer will notify the Alexandria Sheriff's Office at 703-746-4099.

2. The Control 1 deputy will notify the watch commander.

3. The watch commander will contact the division commander of Judicial Services and Special Operations.

4. Between the hours of 0700 and 1700 the division commander of Judicial Services and Special Operations will arrange for one on-duty non-security and non-support services sworn staff member to assist the arresting officer at

the hospital.

5. Between the hours of 1700 to 0700 the division commander of Judicial Services and Special Operations will arrange for one non-security and non-support services sworn staff member to assist the arresting officer at the hospital via call-back.

6. The sworn staff member will always wear the proper PPE for the duration of the detail.

VII.   **ACJS AND ALTERNATIVE PROGRAMS**

A. Intermittent, weekend reporting, and advanced commitments

   i. Any person reporting to the PSC to serve a delayed confinement or weekender sentence will be advised that their sentences have been delayed by the Alexandria Courts.  The front screening post deputy will not allow them to leave until the following has occurred:

      1. If they arrive during normal business hours:

         a. Notify the alternative programs staff.

         b. Alternative programs staff will report to the front gate and obtain contact and sentencing information from the participant via the intercom system.

      2. If the participant reports after normal business hours:

         a. The front screening post deputy will complete the ASO Alternative Programs Delayed Confinement Contact form by communicating with the person via the intercom system and return the form to the Alternative Programs manager.

B. ACJS pretrial and local probation

   i. Any person that arrives at the PSC to report to ACJS will be screened as outlined in section III, subsection A of this policy.  If the person is cleared to come into the PSC, they will report to ACJS. ACJS staff will ensure this person follows the cleaning guidance outlined in section VIII, subsection B (4).  If they are not cleared to come into the PSC, the following will occur:

      1. Notify ACJS staff that they have a participant at the gate.

      2.  ACJS staff will report to the front gate and obtain contact information from the participant by communicating with the person via the intercom system.

  ii.  If a participant reports after normal business hours, the front screening post deputy will complete the ACJS Pretrial and Local Probation Contact Information form by communicating with the person via the intercom system and return the form to the ACJS program director.

  iii.  If the participant is directed to report to ACJS during normal business hours after being released from the ADC:

      1.  Booking staff will provide the inmate with the proper ACJS paperwork to complete and a phone number to contact ACJS at.  They will not be directed to ACJS upon their release.

## VIII.  WGTADC AND PSC COVID-19 CLEANING PROTOCOL

A.  WGTADC cleaning protocols (2001 Mill Road)

  i.  The following locations will be cleaned at least once per shift with the electrostatic sprayer or other cleaning supplies:

    1.  IRC/Booking
    2.  Medical Unit
    3.  I5
    4.  Visiting area both public and inmate side
    5.  Control 1 lobby
    6.  Visitor elevator
    7.  Elevator landings
    8.  Expanded cleaning to include housing units will occur once the above are cleaned first.

  ii.  Staff will utilize sanitizing wipes at least twice per shift to clean their workstations, preferably at the beginning and end of their shift. Inmates will not be provided sanitizing wipes at any time.

  iii.  Supervisors will ensure all doorknobs and handles are wiped down once per shift with sanitizing wipes. This includes the elevator and buttons.

  iv.  All staff are to follow proper hand washing hygiene. Staff are to wash hands routinely, particularly if they have contact with potentially infectious material, and before putting on and upon removal of PPE, including gloves. Hand hygiene can be performed

by washing with soap and water for at least 20 seconds.

   v.  Decontamination of Sheriffs' Office vehicles will be conducted after every transport by wiping down all surfaces with the "Sani-Cloths" germicidal disposable wipes.  The electrostatic spray can be used to disinfect and clean the caged portion of the vehicle in lieu of wipes.

   vi.  Inmate Kitchen Work Force Protocol

     1.  All kitchen work force inmates are to wash their hands upon leaving their housing unit and upon arrival to the kitchen. The kitchen supervisor shall ensure proper hygiene is enforced throughout the day in addition to ensuring gloves and other protective clothing is worn by food service staff and inmates.

     2.  After dinner meal service the meal cart will be cleaned by a kitchen inmate worker under the DIRECT SUPERVISION of Aramark kitchen staff with a bleach-based cleaning solution before placing it outside the kitchen.

   vii.  Video advisement room

     1.  The video advisement room will be cleaned and disinfected by staff or inmate work force at least twice a day. Once in the morning before any judicial proceedings and once in the evening after all judicial proceedings have been completed.

     2.  If a PUI inmate occupies the video advisement room, it will be cleaned and disinfected as follows:

       a.  If multiple PUI inmates are scheduled to use the video advisement room in succession, the room does not need to be fully cleaned and disinfected until all PUI inmates have concluded their hearings.  The table and other items the PUI inmate may have touched should be wiped down frequently in between hearings.

       b.  If a non-PUI inmate has a hearing after a PUI inmate, the room will be cleaned and disinfected before the non-PUI inmate hearing begins.

B.  PSC cleaning protocols (2003 Mill Road)

    i.  All staff will sanitize their workstations/areas at least once daily.

    ii.  All staff are to follow proper hand hygiene. Staff are to wash hands routinely, particularly if they have contact with potentially infectious material, and before putting on and upon removal of PPE, including gloves. Hand hygiene can be performed by washing with soap and water for at least 20 seconds.

    iii.  All common areas will be cleaned at least once Monday through Friday by Classic Cleaning to include but not limited to:

        1.  ACJS
        2.  Locker rooms
        3.  Workout room
        4.  Roll call rooms
        5.  Magistrates lobby
        6.  1st and 2nd Admin floors

    iv.  Individuals reporting for Pre-Trial Services will wash their hands in the restroom immediately upon reporting. Pre-Trial Services may evolve to a call in only depending upon advisement from the courts and the Alexandria Health Department.

## IX.  GENERAL INFORMATION

A.  Staff training:

Mandatory training for all sworn and civilian staff will be coordinated between the Sheriff's Office and Wellpath as needed. Updates will be provided as appropriate.

B.  Public notification:

The Sheriff's Office PIO will inform the community of any outbreaks in the detention facility.

C.  Deliveries to PSC:

    i.  All US postal and delivery services will be delivered to the Visitor's Center.

    ii.  All outside food deliveries will stop at the front screening post in the Visitor's Center.

D.  Employee sick leave

    i.  When an employee calls out sick and requests to use sick leave, the following will occur:

       1.  The employee will contact their immediate supervisor.

       2.  Their immediate supervisor will:

          a.  Complete the ASO COVID-19 Employee Screening form with the employee via the telephone.

          b.  If the employee answers "yes" to question 1, 2, 5, and/or 6 on the form, the supervisor will contact the human resources director immediately.  If the employee answers yes to question 3 or 4 and they do not reside in the state of concern, the human resources director will be contacted immediately.  The human resources director will then provide further instruction.

          c.  After the form is completed, the supervisor will forward it via email to human resources director.

       3.  If the employee has any questions about the type of sick leave that will be used please review the Interim Human Resources Guidance for the Coronavirus Disease 2019 (COVID-19) found on AlexNet.

**DANA LAWHORNE, SHERIFF**

APRIL 20, 2020
DATE